UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMIE MENDEZ, )
 )
        Petitioner, )
 )
    v. ) No. 4:05CV00504 ERW
 )
WARREN COUNTY and STATE OF MISSOURI, )
 )
        Respondents. )

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that petitioner's petition for a writ of mandamus is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

So Ordered this 18th Day of May, 2005.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**